```
JOYCE PUGH CHEEKS              MIDLAND CREDIT MGMT
6034 WHITESTONE RD             ATTN: BANKRUPTCY
JACKSON, MS 39206              PO BOX 939069
                               SAN DIEGO, CA 92193


THOMAS C. ROLLINS, JR.         MOHELA
THE ROLLINS LAW FIRM, PLLC     ATTN: BANKRUPTCY
P.O. BOX 13767                 P.O.BOX 9635
JACKSON, MS 39236              WILKES BARR, PA 18773


BRIDGECREST ACCEPTANCE         PORTFOLIO RECOVERY
PO BOX 29018                   ATTN: BANKRUPTCY
PHOENIX, AZ 85038              120 CORPORATE BLVD
                               NORFOLK, VA 23502


CAPITAL ONE                    REPUBLIC FINANCE
PO BOX 31293                   ATTN: BANKRUPTCY
SALT LAKE CITY, UT 84131       7031COMMERCE CIRCLE
                               BATON ROUGE, LA 70809


CREDIT COLL                    US ATTORNEY GENERAL
ATTN: BANKRUPTCY               US DEPT OF JUSTICE
725 CANTON STREET              950 PENNSYLVANIA AVENW
NORWOOD, MA 02062              WASHINGTON, DC 20530-0001


EDDWINA MCGEE
3618 ALBERMARLE RD
JACKSON, MS 39213


INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531
```