United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                              Case No. 25-02513-JAW
Joyce Pugh Cheeks                                               Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                             User: mssbad                                      Page 1 of 2
Date Rcvd: Dec 10, 2025                     Form ID: n031                                Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joyce Pugh Cheeks, 6034 Whitestone Rd, Jackson, MS 39206-2533 |
| 5573331 | + | Eddwina McGee, 3618 Albermarle Rd, Jackson, MS 39213-5551 |
| 5573336 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5573328 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 10 2025 19:34:00 | Bridgecrest Acceptance, Po Box 29018, Phoenix, AZ 85038-9018 |
| 5573329 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2025 19:39:03 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5573330 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 10 2025 19:34:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 5573333 | + | Email/Text: ebone.woods@usdoj.gov | Dec 10 2025 19:34:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5573332 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 10 2025 19:34:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5573334 | | Email/Text: melissa.martin@kfcu.org | Dec 10 2025 19:34:00 | Keesler Federal Credit Union, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5595830 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 10 2025 19:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5573335 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 10 2025 19:34:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5596546 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2025 19:39:11 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5573337 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2025 19:39:04 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5573338 | | Email/Text: bankruptcy@republicfinance.com | Dec 10 2025 19:34:00 | Republic Finance, Attn: Bankruptcy, 7031commerce Circle, Baton Rouge, LA 70809 |
| 5588078 | | Email/Text: bankruptcy@republicfinance.com | Dec 10 2025 19:34:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5573339 | ^ | MEBN | Dec 10 2025 19:33:52 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 13

District/off: 0538-3     User: mssbad     Page 2 of 2
Date Rcvd: Dec 10, 2025     Form ID: n031     Total Noticed: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Joyce Pugh Cheeks trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| Torri Parker Martin | on behalf of Trustee Torri Parker Martin tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02513−JAW
**Chapter:** 13

**In re:**

Joyce Pugh Cheeks
aka Joyce Lynette Pugh Cheeks, aka Joyce Pugh, aka Joyce Pugh−Cheeks
6034 Whitestone Rd
Jackson, MS 39206

## Notice of Entry of Order Confirming Plan

The Court entered an Order on December 10, 2025 (Dkt. # 17 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: December 10, 2025                              Danny L. Miller, Clerk of Court