# United States Bankruptcy Court
FOR THE
Southern District of Mississippi

**IN RE:**  JOYCE PUGH CHEEKS
6034 WHITESTONE RD
JACKSON, MS 39206

DATE    CASE No. 25-02513

05/19/2026

## MOTION TO ALLOW LATE FILED / AMENDED
## OR SUPPLEMENTAL CLAIMS

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor, and that such claim was not included on previous notice allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| U.S.DEPARTMENT OF EDUCATION / P.O.BOX 16448 ST PAUL, MN 55116-0448 | 8-1 | Unsecured PAY 0.0000% | 1,704.67 |

Your trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.

_____/s/ Torri Parker Martin_____
**Torri Parker Martin**

THOMAS CARL ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236