## IN THE UNITED STATES BANKRUPTCY COURT FOR
Southern District of Mississippi

IN RE:   JOYCE PUGH CHEEKS                                          CHAPTER 13
          6034 WHITESTONE RD                               Case No:  25-02513
          JACKSON, MS 39206

## CERTIFICATE  OF  SERVICE

I, Torri Parker Martin, Trustee, do hereby certify that I have this date mailed a true and correct copy of the Motion to Allow Claims in regards to same to the above named Debtor at the address as shown on said Motion by United States Mail, postage prepaid and a copy to Debtor's counsel to either the address as shown on said Motion or by ECF Filing Notification.

So Certified   05/19/2026

                                              /s/ Torri Parker Martin
                                              Torri Parker Martin